

FILED & JUDGMENT ENTERED
Steven T. Salata

May 12 2016

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

IN RE:

Franklin Delano Johnson
Doris J Johnson

SSN#: XXX-XX-7135
SSN#: XXX-XX-0450

Chapter 13

CASE NO: 15-31439

Related Court Docket Number: 23

### ORDER

ON 05/11/2016, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

LAW OFFICE OF CHRIS KARRENSTEIN Present

**AND, THIS COURT FINDS** that:

Plan payments are in substantial default.

Debtors can resume payments June 2016.

**IT IS, THEREFORE, ORDERED** that:

Plan payments are to resume at/to be changed to **$1,010.00** per month.

Plan composition percentage is set at **1%**.

Attorney for debtors allowed presumptive, non-base fee of **$200.00**.

Motion to Dismiss is denied.

This Order has been signed electronically,
pursuant to administrative order of the Court.
Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY COURT JUDGE

{:20160512145904:}