# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

In Re: Franklin Delano Johnson    Doris J Johnson    Case Number:    15-31439
931 Leigh Avenue                                    Judge:    Laura T. Beyer
Charlotte, NC  28205                                Dated:    September 29, 2016

SSN (1): XXX-XX-7135    SSN (2): XXX-XX-0450

## MOTION OF TRUSTEE FOR DETERMINATION OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

Claim information in motion is current as of September 29, 2016.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| AMERICAN CREDIT ACCEPTANCE | 5 | 1 | C-Car (910) | 50 | $2,876.28 | Pay by Trustee | 7135 |
| IC SYSTEMS INC | 8 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| INTERNAL REVENUE SERVICE | 6 | 2 | S-Secured-Pro-Rata | 50 | $2,048.00 | Pay by Trustee | 0450 |
| INTERNAL REVENUE SERVICE | 7 | 2 | P-Priority | 70 | $1,564.19 | Pay by Trustee | 7135 |
| INTERNAL REVENUE SERVICE | 15 | 2 | U-Unsecured | 80 | $209,038.73 | Pay by Trustee | 7135 |
| LAW OFFICE OF CHRIS KARRENSTEIN | 16 | | L-Legal Fees | 50 | $200.00 | Pay by Trustee | |
| LAW OFFICE OF CHRIS KARRENSTEIN | 1 | | B-Base Attorney Fee(s) | 20 | $1,546.00 | $881.00 INSIDE / $665.00 OUTSIDE | |
| LAW OFFICE OF CHRIS KARRENSTEIN | 2 | | B-Base Attorney Fee(s) | 50 | $954.00 | Pay by Trustee | |
| MEDICAL DATA SYSTEMS INC | 9 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| NC DEPARTMENT OF REVENUE | 13 | 4 | U-Unsecured | 80 | $13,260.01 | Pay by Trustee | 7135 |
| OPTIMUM OUTCOMES | 10 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| PMAB LLC | 11 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| SHAPIRO & INGLE LLP | 14 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| THE BANK OF NEW YORK MELLON | 3 | 3 | N-Mortgage/Lease Arrea | 50 | $9,596.88 | Pay by Trustee | 5649 |
| THE BANK OF NEW YORK MELLON | 4 | 3 | M-Mortgage/Lease | 30 | $110,279.41 | CONDUIT | 5649 |
| THE SWISS COLONY | 12 | | U-Unsecured | 80 | $0.00 | NOT FILED | |

CASE NO:  15-31439                                            DEBTORS: Franklin Delano Johnson AND Doris J Johnson

    Wherefore, the trustee respectfully requests that the Court grant his motion and classify the claims for payment by the trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated: September 29, 2016                           Warren L. Tadlock
                                                                   Standing Chapter 13 Trustee
                                                                   5970 Fairview Road, Suite 650
                                                                   Charlotte, NC  28210-2100

CASE NO:  15-31439                                              DEBTORS: Franklin Delano Johnson AND Doris J Johnson

## NOTICE OF MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The Chapter 13 trustee has filed a motion in the above-referenced Chapter 13 case for determination of status of claims, for payment by the trustee under the debtors' confirmed plan.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you want to object to the classification and/or treatment of your claim as contained in the trustee's motion, then you or your attorney must file with the court a written response to the motion and a request for hearing by October 22, 2016 at the following address:

> CLERK, U.S. BANKRUPTCY COURT
> 401 W TRADE ST.
> CHARLOTTE, NC  28202

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you file a response, then a hearing on the trustee's motion will be on Tuesday, November 8, 2016 at 10:00 am at the following address.

> CHARLES JONAS FEDERAL BUILDING
> COURTROOM 1-5
> 401 WEST TRADE STREET
> CHARLOTTE, NC  28202-1619

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee, and grant the motion.

Dated: September 29, 2016                              Warren L. Tadlock
                                                       Standing Chapter 13 Trustee
                                                       By:  D. Morales

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | | |
|---|---|---|---|
| In Re: | Franklin Delano Johnson<br>931 Leigh Avenue<br>Charlotte, NC  28205 | Doris J Johnson | Case Number:   15-31439<br>Judge:   Laura T. Beyer<br>Dated:   September 29, 2016 |
| | SSN (1): XXX-XX-7135 | SSN (2): XXX-XX-0450 | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on October 05, 2016.

                                                            D. Morales
                                                         Office of the Chapter 13 Trustee

AMERICAN CREDIT ACCEPTANCE, 961 EAST MAIN ST, SPARTANBURG, SC 29302
Franklin Delano Johnson, Doris J Johnson, 931 Leigh Avenue, Charlotte, NC 28205
IC SYSTEMS INC, PO BOX 64378, ST PAUL, MN 55164
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
MEDICAL DATA SYSTEMS INC, 645 WALNUT STREET / SUITE 5, GADSDEN, AL 35901
NC DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, PO BOX 1168, RALEIGH, NC 27602-1168
OPTIMUM OUTCOMES, 2651 WARRENVILLE ROAD SUITE 500, DOWNERS GROVE, IL 60515
PMAB LLC, 5970 FAIRVIEW ROAD STE 212, CHARLOTTE, NC 28210
SHAPIRO & INGLE LLP, 10130 PERIMETER PARKWAY SUITE 400, CHARLOTTE, NC 28216
THE BANK OF NEW YORK MELLON TRUST COMPANY, AMERICAS SERVICING COMPANY, MAC #D3347-014, 3476 STATEVIEW BLVD, FORT MILL, SC 29715
THE BANK OF NEW YORK MELLON, AMERICAS SERVICING COMPANY, PAYMENT PROCESSING MAC #X2302 04C, ONE HOME CAMPUS`, DES MOINES, IA 50328
THE SWISS COLONY, 1112 7TH AVENUE, MONROE, WI 53566-1364

Total Served: 13