

FILED & JUDGMENT ENTERED
Steven T. Salata

June 14 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Franklin Delano Johnson | CASE NO: 15-31439 |
| Doris J Johnson | Related Docket #: 34 |
| SSN#: XXX-XX-7135 | |
| SSN#: XXX-XX-0450 | |

**ORDER**

ON 06/13/2018, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

LAW OFFICE OF CHRIS KARRENSTEIN Present

**AND, THIS COURT FINDS** that:

Plan payments are in substantial default.

Debtors can resume payments July 2018.

**IT IS, THEREFORE, ORDERED** that:

Plan payments are to resume at/to be changed to **$1,090.00** per month.

Plan composition percentage is set at **1%**.

Attorney for debtors allowed presumptive, non-base fee of **$200.00**.

Motion to Dismiss is denied.

This Order has been signed electronically,
pursuant to administrative order of the Court.
Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY COURT JUDGE

{:20180613174529:}